1  GEORGE G. WEICKHARDT (SBN 58586)
   WENDY C. KROG (SBN 257010)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   201 Spear Street, Suite 1000
3  San Francisco, CA 94105
   Telephone:   (415) 543-4800
4  Facsimile:   (415) 972-6301
   Email:      gweickhardt@rmkb.com
5              wkrog@rmkb.com

6  Attorneys for Defendant
   CHASE BANK USA, N.A.

7

**FILED**

2008 AUG 20  AM 11: 21

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KMH _____ DEPUTY

**VIA FAX**

8            UNITED STATES DISTRICT COURT

9         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10
                                    CASE NO. '08 CV 1536 JM WMc
11  VIRGILIO ESCAMILLA,

12            Plaintiff,                NOTICE OF REMOVAL OF CIVIL
                                        ACTION FROM STATE COURT TO
13      v.                              UNITED STATES DISTRICT COURT,
                                        SOUTHERN DISTRICT OF CALIFORNIA
14  CHASE BANK USA, N.A.,

15  and DOES 1 through 10, inclusive,

16            Defendants.

17

18  TO THE JUDGES OF THE UNITED STATES DISTRICT COURT, SOUTHERN

19  DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS

20  HEREIN:

21       PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §1441(a), defendant CHASE

22  BANK USA, N.A., a national banking association, hereby removes the above-entitled action from

23  the Superior Court of the State of California in and for the County of San Diego to the United

24  States District Court for the Southern District of California, based on the following facts:

25       1.    On or about July 14, 2008, plaintiff filed an action in the Superior Court of the

26  State of California for the County of San Diego, entitled *Virgilio Escamilla, plaintiff, v. Chase*

27  *Bank, U.S.A., N.A., et al., defendants*, action number 37-2008-00056311-CU-PO-NC ("the

28

RCI/5167030.1/WKI                    - 1 -

NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF
CALIFORNIA

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

ORIGINAL



1    Action"). A copy of the original complaint is attached hereto as Exhibit A.

2        2.    The Action alleges violations of the California and Federal Fair Debt Collection

3    Practices Act and tort claims for invasion of privacy and tort *in se* in relation to a debt owed on a

4    credit card account issued by Chase to plaintiff.

5        3.    The complaint alleges that plaintiff engaged the Doan Law Firm to end

6    communications from debt collectors. Plaintiff alleges that after receiving notice of the Doan

7    Law Firm's representation, Chase communicated with plaintiff regarding his credit card debt in

8    violation of Title 1.6C of the California Civil Code and 15 U.S.C. § 1692.

9        4.    Plaintiff's complaint prays for damages in the amount of $595,028.00.

10        5.    Plaintiff is a resident and a citizen of the State of California.

11        6.    Defendant Chase Bank, USA, N.A. is a national banking association, with its

12    principal place of business in the State of Delaware. Its charter states that its main office is

13    located in the State of Delaware. It is therefore a citizen of the State of Delaware.

14        7.    This Action is a case under which the United States District Court has original

15    jurisdiction under 28 U.S.C. § 1332(a)(1), in that it is a civil action where the matter in

16    controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between

17    citizens of different States.

18        8.    This Action is also a case under which this Court has original jurisdiction under 28

19    U.S.C. §1331, and is one which may be removed to this Court by Chase pursuant to the

20    provisions of 28 U.S.C. §1441(a), in that the claims in this action arise under the Fair Debt

21    Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

22        9.    Plaintiff alleges violation of the Federal Fair Debt Collection Practice Act in

23    several paragraphs of his complaint, including the following:

24            a.    Paragraph 5: "The United States Congress has made . . . findings and

25                  declaration of purpose under the FDCPA . . . ."

26            b.    Paragraph 6: ". . . CHASE violated . . . Federal laws which were

27                  specifically enacted to protect [plaintiff] from abusive, deceptive, and

28                  unfair conduct by CHASE."

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

RCI/5166284.1/WK1

- 2 -

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

c.     Paragraph 10: "ESCAMILLA incurred a 'debt' with CHASE as that term is defined by . . . 15 U.S.C. § 1692a(5)."

d.     Paragraph 12: "DOAN LAW FIRM was retained to . . . [s]top all future communications and harassment from creditors using the . . . FDCPA ."

e.     Paragraph 27: ". . . CHASE . . . refused to abide by the laws of the . . . FDCPA . . ."

f.     Paragraph 30: "As a 'Debt Collector,' CHASE is fully aware of California's debt collection laws, including the . . . FDCPA."

g.     Paragraph 31: "CHASE knew each of its harassing communications were subject to . . . 15 U.S.C. § 1692 (FDCPA)."

h.     Paragraph 32: "CHASE knew each of its . . . communications were . . . violations of . . . 15 USC § 1692 (FDCPA)."

i.     Paragraph 42: "FDCPA 15 USC § 1692(b)(6) provides in pertinent part: [quote]."

j.     Paragraph 43: "CHASE violated 15 USC §1692(b)(6) . . ."

k.     Paragraph 44: "FDCPA 15 USC § 1692(c)c provides [quote]."

l.     Paragraphs 45-46: "CHASE violated 15 USC § 1692(c)c . . ."

10.     Chase was served with a copy of the complaint on July 24, 2008, and 30 days from that date has not yet elapsed. A copy of the summons is attached hereto as Exhibit B. This Notice of Removal is being filed within 30 days after the receipt by any defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

11.     For the reasons stated above, defendant Chase Bank USA, N.A. hereby removes the above-entitled action.

1     Dated: August 19, 2008              Respectfully submitted,

2                                         ROPERS, MAJESKI, KOHN & BENTLEY

3

4                                    By: _____

5                                       GEORGE G. WEICKHARDT

6                                       WENDY C. KROG
                                      Attorneys for Defendant
                                      CHASE BANK USA, N.A.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

RC1/5166284.1/WK1

- 4 -

NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

**CASE NAME:**   *Escamilla v. Chase Bank USA, N.A.*

**ACTION NO.:**

### PROOF OF SERVICE

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105.

3. On August 19, 2008, I served the following documents:

**NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

*Attorneys for plaintiff*
Matthew M. McCormick, Esq.
DOAN LAW FIRM, LLP
2850 Pio Pico Drive, Suite D
Carlsbad, CA 92008
Telephone:    (760) 450-3333
Facsimile:    (760) 720-6082
E-mail:        matt@doanlaw.com

5. I served the documents by the following means:

a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

c. ☐ By email or electronic transmission: Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:   August 19, 2008

Damyta Jones

RC1/5166284.1/WK1

- 5 -

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

**EXHIBIT A**

FILED
NORTH COUNTY DIVISION

2008 JUL 14  PM 2: 09

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY. CA

1  Matthew M. McCormick, SBN 182543
   Doan Law Firm, LLP
2  2850 Pio Pico Drive, Suite D
   Carlsbad, CA 92008
3  Phone (760) 450-3333 • Fax (760) 720-6082
   matt@doanlaw.com
4

5

6  Attorney for PLAINTIFF

7

8              SUPERIOR COURT FOR THE STATE OF CALIFORNIA
9                    NORTH COUNTY JUDICIAL DISTRICT

                                              37-2008-00056311-CU-PO-NC
10

11  VIRGILIO ESCAMILLA,              Case No:

12        Plaintiff,                 **COMPLAINT SEEKING
                                     MONETARY DAMAGES,
13  vs.                              INJUNCTIVE DECLARATORY
                                     RELIEF, FOR VIOLATIONS
14  CHASE BANK USA, N.A.,            OF RFDCPA; RIGHT TO
                                     PRIVACY; TORT IN SE.**
15  and DOES 1 through 10, Inclusive,
                                     **DEMAND: $595,028.00,
16        Defendants.                ATTORNEY FEES AND COSTS,
                                     INJUNCTIVE RELIEF,
17                                   DECLARATORY RELIEF.**

                                     **JURY TRIAL DEMANDED**
18

19

20                             **I.**

21                       **INTRODUCTION**

22

23  1.   Plaintiff, VIRGILIO ESCAMILLA, ("ESCAMILLA"), brings this Lawsuit

24       against the DEFENDANT, CHASE BANK USA, N.A., ("CHASE"), for its

25       unlawful and unfair debt collection practices in repeated violations of

26       the **Rosenthal Fair Debt Collection Practices Act ("RFDCPA")** and

27       other **Torts.**

28  2.   ESCAMILLA seeks actual economic and non-economic damages,

                           Page -1-

attorney fees, costs, injunctive relief, punitive damages, and declaratory relief.

## II.

## FINDINGS AND PURPOSE OF STATUTES VIOLATED

3.  The California Legislature made the following **findings** and **purpose** in creating the **RFDCPA**:

    *(1)  The banking and credit system and grantors of credit to consumers are dependent upon the collection of just and owing debts.  Unfair or deceptive collection practices undermine the public confidence which is essential to the continued functioning of the banking and credit system and sound extensions of credit to consumers.*

    *(2)  There is need to ensure that debt collectors and debtors exercise their responsibilities to one another with fairness, honesty and due regard for the rights of the other.*

    *(b)  It is the purpose of this title to prohibit debt collectors from engaging in unfair or deceptive acts or practices in the collection of consumer debts and to require debtors to act fairly in entering into and honoring such debts, as specified in this title.*

4.  On September 3, 1999, "urgency legislation" was passed adding 1788.17 to the RFDCPA which incorporated nearly all of the provisions of the Federal Fair Debt Collection Practices Act ("FDCPA").

5.  The United States Congress has made the following **findings** and declaration of **purpose** under the **FDCPA**:

    *(a)  Abusive practices.  There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many*

Page-2-

*debt collectors. Abusive debt collection practices contribute to*
*the number of personal bankruptcies, to marital instability, to the*
*loss of jobs, and to invasions of individual privacy.*

*(b)   Inadequacy of laws. Existing laws and procedures for*
*redressing these injuries are inadequate to protect consumers.*

*(e)   Purposes. It is the purpose of this title [15 USCS §§ 1692 et*
*seq.] to eliminate abusive debt collection practices by debt*
*collectors, to insure that those debt collectors who refrain from*
*using abusive debt collection practices are not competitively*
*disadvantaged, and to promote consistent State action to protect*
*consumers against debt collection abuses.*

6.   The Gravamen of ESCAMILLA'S complaint is that CHASE violated State
and Federal laws which were specifically enacted to protect him from
abusive, deceptive, and unfair conduct by CHASE.

## III.

## JURISDICTION

7.   Jurisdiction of this Court arises under Cal. Code Civ. Proc. 410.10 et
seq.

## IV.

## PARTIES

8.   ESCAMILLA is a "debtor" as that term is defined by California Civil
Code § 1788.2(h).

9.   CHASE is a "debt collector" as that term is defined by California Civil
Code §1788.2(c) and is a "person" as that term is defined by California
Civil Code § 1788.2 (g).

<div align="center">

**V.**

**FACTS**

</div>

**ESCAMILLA Retained Law Firm:**

10. ESCAMILLA incurred a "debt" with CHASE as that term is defined by California Civil Code §1788.2(d) and 15 U.S.C. § 1692a(5).

11. On 01/10/2008, ESCAMILLA retained the DOAN LAW FIRM to end communications on the debt under the RFDCPA, and to eliminate all personal liability on the debt via Title 11 of the United States Code.

12. Specifically, DOAN LAW FIRM was retained to provide the following three (3) services:

    1) Stop all future communications and harassment from creditors using the RFDCPA and FDCPA;

    2) Eliminate personal liability under Title 11 relief; and

    3) Ensure creditors comply under the Fair Credit Reporting Act (FCRA) after the Bankruptcy Discharge.

13. ESCAMILLA paid money for services to stop creditor communications from the retainer date until the Bankruptcy was filed.

14. The debt to CHASE was eventually discharged by a Chapter 7 Bankruptcy and CHASE has no further contractual rights to enforce the debt against ESCAMILLA personally.

**Legal Help Was Provided To Protect ESCAMILLA From CHASE:**

15. Prior to the Bankruptcy Filing, DOAN LAW FIRM, LLP ordered CHASE, by written "Cease and Desist Order(s)," to cease all communications with ESCAMILLA, as incorporated by Exhibit "A" herein.

<div align="center">

Page -4-

</div>

16. The written Order(s) to CHASE specifically provided the following:

    a)    ESCAMILLA would soon be filing for Title 11 Federal Protection;

    b)    Advised that ESCAMILLA refused to pay the debt;

    c)    Advised that there was now attorney representation by the DOAN LAW FIRM, LLP with respect to the debt; and

    d)    Ordered that CHASE Cease and Desist all further communications with ESCAMILLA with respect to the debt.

**CHASE Had Actual Knowledge Of Attorney Representation:**

17. CHASE physically received the Cease and Desist Order(s).

18. CHASE had actual knowledge of **attorney representation** by the DOAN LAW FIRM, LLP.

19. CHASE actually knew it had to **Cease and Desist** all further communications with ESCAMILLA with respect to the debt.

20. CHASE actually knew ESCAMILLA **refused to pay** the debt.

21. CHASE actually knew ESCAMILLA was preparing to file for **Federal Relief under Title 11.**

22. CHASE actually **knew that it was now prohibited from contacting** ESCAMILLA by all means.

23. CHASE actually knew it could no longer call, write, send billing statements, statements of account, or any other communication except legal process to ESCAMILLA.

24. CHASE knew it could only communicate with the DOAN LAW FIRM, LLP.

25. CHASE knew it could only call, write, send billing statements, and send statements of account, to the DOAN LAW FIRM, LLP.

26. CHASE knew that any further communications of any kind with ESCAMILLA were prohibited, unlawful, illegal, and would subject it to

1   liability damages.

2

3                    **CHASE Committed Unlawful Acts:**

4

5   27.   Despite knowledge of attorney representation, CHASE intentionally,

6         willfully, deliberately, and knowingly, refused to abide by the laws of

7         the RFDCPA and FDCPA as demanded in the Cease and Desist Orders,

8         and communicated with ESCAMILLA in an attempt to collect on its

9         debt.

10  28.   Specifically, CHASE continued communications with ESCAMILLA, as

11        further evidenced by Exhibit "B" incorporated herein.

12  29.   The unlawful contact by CHASE can be summarized by the following

13        chart:

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# RFDCPA Violations

## Chase

### Two (2) Notices: (See Exhibit "A")

| | Date | Type | Comments |
|---|---|---|---|
| 1 | 01/11/08 | Cease/desist order #1 | Initial notification |
| 2 | 03/18/08 | Cease/desist order #2 | Sent in response to violations 1-14 (see below) |

### Sixteen (16) Contact Violations: (See Exhibit "B")

| | Date | Type | Comments |
|---|---|---|---|
| 1 | 01/07/08 | Billing Statement | Sent despite notice 1 (see above) |
| 2 | 01/25/08 | Billing Statement | Sent despite notice 1 |
| 3 | 02/07/08 | Billing Statement | Sent despite notice 1 |
| 4 | 02/15/08 | Letter | Sent despite notice 1 |
| 5 | 02/25/08 | Billing Statement | Sent despite notice 1 |
| 6 | 02/27/08 | Letter | Sent despite notice 1 |
| 7 | 03/01/08 | Phone Call | Sent despite notice 1 |
| 8 | 03/05/08 | Letter | Sent despite notice 1 |
| 9 | 03/11/08 | Phone Call | Sent despite notice 1 |
| 10 | 03/11/08 | Phone Call | Sent despite notice 1 |
| 11 | 03/11/08 | Phone Call | Sent despite notice 1 |
| 12 | 03/12/08 | Phone Call | Sent despite notice 1 |
| 13 | 03/18/08 | Phone Call | Sent despite notice 1 |
| 14 | 03/18/08 | Phone Call | Sent despite notice 1 |
| 15 | 04/13/08 | Phone Call | Sent despite notice 1 and notice 2 |
| 16 | 04/16/08 | Letter | Sent despite notice 1 and notice 2 |

### CHASE Willfully And Knowingly Violated the RFDCPA:

30. As a "Debt Collector," CHASE is fully aware of California's debt collection laws, including the RFDCPA and FDCPA.

31. CHASE knew each of its harassing communications were subject to Title 1.6C (RFDCPA) of the California Civil Code and 15 USC § 1692

1    (FDCPA).

2  32.  CHASE knew each of its harassing communications were willful and

3       knowing violations of Title 1.6C (RFDCPA) of the California Civil Code

4       and 15 USC § 1692 (FDCPA).

5  33.  CHASE'S harassing communications are part of an overall unlawful

6       business pattern and practice whereby it has knowingly, willfully, and

7       intentionally enterprised a profitable scheme through illegal collection

8       activity.

9  34.  CHASE rarely, if ever, is sued over such harassing communications,

10      since very few debtors are aware that their rights are being violated

11      and/or very few attorneys are willing to take on such cases.

12 35.  CHASE is highly motivated to continue their harassing communications

13      since any claims paid out as a result of such wrongful conduct are

14      minuscule when compared to the overall profits generated from such

15      illegal acts.

16

17            **ESCAMILLA Suffered Damages As A**

18               **Result Of CHASE'S Conduct:**

19

20 36.  As a direct result of CHASE'S harassing communications, ESCAMILLA

21      has incurred actual damages consisting of mental and emotional

22      distress, nervousness, grief, embarrassment, loss of sleep, anxiety,

23      worry, mortification, shock, humiliation, indignity, pain and suffering,

24      and other injuries.

25 37.  ESCAMILLA incurred out of pocket monetary damages when attorney

26      fees and costs were paid to the DOAN LAW FIRM, LLP, for services

27      provided to protect ESCAMILLA under the RFDCPA and FDCPA, which

28      ultimately failed.

1  38.  ESCAMILLA incurred additional incidental actual damages including but

2      not limited to transportation and gasoline costs to the law firm,

3      telephone call charges, postage, and other damages.

4  39.  ESCAMILLA continues to incur attorney fees and costs in filing this suit

5      and bringing this matter to trial.

6  40.  Each of CHASE'S harassing acts were so willful, vexatious, outrageous,

7      oppressive, and maliciously calculated enough, so as to warrant

8      statutory penalties and punitive damages.

9

10              **VI.**

11      **FOUR (4) CAUSES OF ACTION**

12

13      **FIRST CAUSE OF ACTION:**

14      **VIOLATION OF §1788.17 of the RFDCPA**

15

16  41.  ESCAMILLA realleges and incorporates by reference the above

17      paragraphs as though set forth fully herein.

18  42.  FDCPA 15 USC § 1692(b)(6) provides in pertinent part:

19      *after the debt collector knows the consumer is **represented by an***

20      ***attorney** with regard to the subject debt and has knowledge of, or can*

21      *readily ascertain, such attorney's name and address, **not***

22      ***communicate with any person other than that attorney**......*

23  43.  CHASE violated 15 USC § 1692(b)(6) since it contacted and harassed

24      ESCAMILLA after being directly notified of attorney representation.

25  44.  FDCPA 15 USC § 1692(c)c provides:

26      *If a consumer notifies a debt collector in writing that the consumer*

27      ***refuses to pay** a debt or that the consumer wishes the debt collector*

28      *to **cease further communication** with the consumer, the debt*

1       *collector shall **not communicate** further with the consumer with*

2       *respect to such debt.*

3  45.   CHASE violated 15 USC § 1692(c)c since it contacted and harassed

4       ESCAMILLA after being directly notified of the refusal to pay the debt.

5  46.   CHASE violated 15 USC § 1692(c)c since it contacted and harassed

6       ESCAMILLA after being directly notified to cease and desist all further

7       communication.

8  47.   California Civil Code Section § 1788.17 requires that CHASE comply

9       with the provisions of 15 USC § 1692(b)(6) and § 1692(c)c.

10 48.   The foregoing violations of 15 USC § 1692(b)(6) and § 1692(c)c by

11      CHASE result in separate violations of California Civil Code Section §

12      1788.17.

13 49.   The forgoing acts by CHASE were willful and knowing violations of Title

14      1.6C of the California Civil Code (FRDCPA), are sole and separate

15      violations under California Civil Code Section § 1788.30(b), and trigger

16      **multiple $1,000.00 penalties**.

17 50.   California Civil Code Section 1788.17 provides that CHASE is subject to

18      the remedies of 15 USC § 1692(k) for failing to comply with the

19      provisions of 15 USC § 1692(b)(6) and § 1692(c)c.

20 51.   The forgoing acts by CHASE were intentional, persistent, frequent, and

21      devious violations of 15 USC § 1692(b)(6) and § 1692(c)c, which

22      trigger **additional damages of $1,000.00** under 15 USC §

23      1692(k)(a)(2)(A).

24

25                **SECOND CAUSE OF ACTION:**

26          **VIOLATION OF § 1788.14(c) of the RFDCPA**

27

28 52.   ESCAMILLA realleges and incorporates by reference the above

1   paragraphs as though set forth fully herein.

2   53.   California Civil Code Section 1788.14(c) provides in pertinent part:

3   No debt collector shall collect or attempt to collect a consumer debt by

4   means of the following practices:

5           (c) **Initiating communications**, other than statements of

6           account, with the debtor with regard to the consumer debt, when

7           the debt collector has been previously **notified in writing by**

8           **the debtor's attorney that the debtor is represented by**

9           **such attorney** with respect to the consumer debt and such

10          notice includes the attorney's name and address and a request

11          by such attorney that all communications regarding the

12          consumer debt be addressed to such attorney.....

13  54.   CHASE violated California Civil Code Section § 1788.14(c) since they

14        contacted and harassed ESCAMILLA beyond statements of account,

15        after being directly notified in writing of attorney representation

16        concerning the debt.

17  55.   The forgoing act(s) by CHASE were willful and knowing violations of

18        Title 1.6C of the California Civil Code (FRDCPA), are sole and separate

19        violations under California Civil Code Section § 1788.30(b), and trigger

20        **additional $1,000.00 penalties** against CHASE.

21

22                         **THIRD CAUSE OF ACTION:**

23              **INVASION OF PRIVACY (INTRUSION UPON SECLUSION)**

24

25  56.   ESCAMILLA repeats re-alleges and incorporates by reference all other

26        paragraphs.

27  57.   CHASE engaged in improper conduct in knowingly and intentionally

28        pursuing ESCAMILLA to force payment of their debt.

Page -11-

58. ESCAMILLA had a reasonable expectation of privacy in his solitude, seclusion, and or private concerns or affairs of privacy.

59. CHASE intentionally intruded on ESCAMILLA' privacy by repeated harassment from unlawful communications.

60. CHASE'S intrusions and invasions against ESCAMILLA occurred in such a way that would be highly offensive to reasonable persons in that position.

## FOURTH CAUSE OF ACTION:
## TORT IN SE

61. ESCAMILLA realleges and incorporates the above paragraphs as though set forth fully herein.

62. CHASE engaged in an unlawful course of conduct in violations of the FDCPA, RFDCPA, California Civil Code Section §1708, California Civil Code Section §43.

63. CHASE violated a statutory duty owed to another and is thus liable under the doctrine of "Tort-in-Se."

## VII.
## PRAYERS FOR RELIEF

**WHEREFORE,** ESCAMILLA having set forth the claims for relief against CHASE, respectfully prays that this Court grant relief in the amount of **$595,028.00** monetary damages (**$51,548.00** Actual Damages, **$28,000.00** Penalties, **$515,480.00 Punitive** Damages), **Attorney Fees and Costs** According to Proof, **Injunctive Relief,** and **Declaratory Relief.** Such relief is reasonably justified under the circumstances, and is more

specifically broken down as follows:

A. **Actual Economic Damages** totaling at least **$1,548.00**, consisting of **$533.00 attorney fees** previously paid to Doan Law Firm to end the harassment, and $15.00 in transportation, gasoline, telephone call charges, and postage, pursuant to California Civil Code §1788.30(a); **$1,000.00 Additional Damages** pursuant to California Civil Code § 1788.17 incorporating 15 USC § 1692(k); and other economic damages accruing prior to the Order for Bankruptcy Relief;

B. **Actual Non-Economic Damages** of **$50,000.00** pursuant to California Civil Code §1788.30(a) for mental and emotional distress, nervousness, grief, embarrassment, loss of sleep, anxiety, worry, mortification, shock, humiliation, indignity, pain and suffering, and other injuries;

C. Penalties of **$16,000.00** against CHASE arising from sixteen (16) violations at $1,000.00 per violation pursuant to California Civil Code §1788.17 and §1788.30(b);

D. Penalties of **$12,000.00** against CHASE arising from twelve (12) violations at $1,000.00 per violation pursuant to California Civil Code §1788.14(c) and §1788.30(b).

E. **Punitive damages of $514,480.00** equal to 10 times the forgoing Actual Damages for Invasion of Privacy, Right to Seclusion, and Tort in Se;

F. **Costs of Litigation** and reasonable **Attorney's Fees** against CHASE pursuant to California Civil Code §1788.30(c), and Cal. Code Civ. Proc. §1021.5, California Civil Code §1788.17 for the violation of 15 USC §1962k of the FDCPA, Right to Seclusion, Tort in Se;

G.   **Injunctive Relief** against CHASE, restraining them from any further contact with ESCAMILLA;

H.   **Declaratory Relief** against CHASE, declaring their practices of communicating with and harassing ESCAMILLA was in violation of California Civil Code Section §1788.14(c), California Civil Code Section §1788.17, California Civil Code Section §1708, California Civil Code Section 43, 15 USC § 1692(b)(6), and 15 USC § 1692(c)c;

I.   Such other and further relief as the Court may deem just and proper.

Dated: July 9, 2008

Respectfully submitted,

**DOAN LAW FIRM, LLP**

By:_____

Matthew M. McCormick,
Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

DOAN, LEVINSON & LILJEGREN, LLP
2850 Pio Pico Drive, Suite D
Carlsbad, California 92008
Phone (760) 450-3333 • Fax (760) 720-6082
dllfirm.com

January 11, 2008

Chase
800 Brooksedge Blvd
Westerville, OH 43081

Re:    Debtor(s):          Virigilio Escamilla
       Account No:         426684103626
       Soc Sec No:         xxx-xx-3208

To Whom It May Concern:

You are hereby notified the above named debtor(s) have retained the law firm of DOAN, LEVINSON, & LILJEGREN, LLP with respect to an alleged debt you are attempting to collect. Accordingly, you must **cease and desist all future communications** with the above referenced Debtors(s) in accordance with California Civil Code Section 1788.14(c) and 15 U.S.C. Section 1692b(6). Please note that such prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, email or any other means.

*Furthermore, you are prohibited from any contact directly or indirectly with any employer, family member, friend, neighbor, or creditor of our client.*

Be advised the debtor(s) **dispute the validity of the debt and refuse to pay.** You now must **obtain verification of the debt** and send the same to both the consumer(s) and this office prior to any further collection efforts, pursuant to CCC 1788.17 and 15 U.S.C. 1692(g).

Please direct all future correspondence to our office by utilizing any of the following available channels:

        EMAIL:    status@debtwipeout.com;
        FAX:      (760) 720-6082;
        MAIL:     address above
        PHONE:    (760) 450-3333 Ext 3 (during the hours of 8am to 10am, PDT, M-F).

Any further unlawful communication with our client(s) absent our express written consent will violate the above reference laws and result in a claim by the Debtor(s) against you for damages. Should the Debtor(s) file Bankruptcy, such a claim is an asset of the estate, must be disclosed, and will most likely result in an lawsuit against you.

We thank you in advance for your anticipated cooperation into this matter.

Very truly yours,

DOAN, LEVINSON, & LILJEGREN, LLP

Michael G. Doan, Esq.

**DOAN, LEVINSON & LILJEGREN, LLP**
2850 Pio Pico Drive, Suite D
Carlsbad, California 92008
Phone (760) 450-3333 • Fax (760) 720-6082
dllfirm.com

January 11, 2008

Chase
P.O. Box 15678
Wilmington, DE 19850

Re:    Debtor(s):        Virigilio Escamilla
       Account No:       152300346421
       Soc Sec No:       xxx-xx-5208

To Whom It May Concern:

You are hereby notified the above named debtor(s) have retained the law firm of DOAN, LEVINSON, & LILJEGREN, LLP with respect to an alleged debt you are attempting to collect. Accordingly, you must cease and desist all future communications with the above referenced Debtors(s) in accordance with California Civil Code Section 1788.14(c) and 15 U.S.C. Section 1692b(6). Please note that such prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, email or any other means.

*Furthermore, you are prohibited from any contact directly or indirectly with any employer, family member, friend, neighbor, or creditor of our client.*

Be advised the debtor(s) **dispute the validity of the debt and refuse to pay:** You now must obtain **verification of the debt** and send the same to both the consumer(s) and this office prior to any further collection efforts, pursuant to CCC 1788.17 and 15 U.S.C. 1692(g).

Please direct all future correspondence to our office by utilizing any of the following available channels:

        EMAIL:    status@dcbtwipeout.com;
        FAX:      (760) 720-6082;
        MAIL:     address above
        PHONE;    (760) 450-3333 Ext 3 (during the hours of 8am to 10am, PDT, M-F).

Any further unlawful communication with our client(s) absent our express written consent will violate the above reference laws and result in a claim by the Debtor(s) against you for damages. Should the Debtor(s) file Bankruptcy, such a claim is an asset of the estate, must be disclosed, and will most likely result in an lawsuit against you.

We thank you in advance for your anticipated cooperation into this matter.

Very truly yours,

DOAN, LEVINSON, & LILJEGREN, LLP

Michael G. Doan, Esq.

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

Re:   Virgilio Escamilla

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 2850 Pio Pico, Suite D, Carlsbad, CA 92008.

On **January 11, 2008**, I served the within document described as **NOTICE OF ATTORNEY REPRESENTATION - CEASE AND DESIST LETTER** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

See Attached List

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Carlsbad, California in the ordinary course of business. I am aware that on the motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 11, 2008 at Carlsbad, California.

Ruben Maldonado

Bank of America
P.O. Box 1390
Norfolk, VA 23501


Chase
800 Brooksedge Blvd.
Westerville, OH 43081


Chase
P.O.Box 15678
Wilmington, DE 19850


Countrywide Home Loan
450 American St.
Simi Valley, CA 93065


Countrywide Home Loans
450 American Street
Simi Valley, CA 93065


Discover Financial Services
P.O. Box 15316
Wilmington, DE 19850


Ford Credit
P.O. Box 152271
Irving, TX 75015

**DOAN LAW FIRM, LLP**
2850 Pio Pico Drive, Suite D
Carlsbad, California 92008
Phone (760) 450-3333 • Fax (760) 720-6082
doanlaw.com

March 18, 2008

Chase
800 Brooksedge Blvd
Westerville, OH 43081

Re:   Debtor(s):      Virigilio Escamilla
      Account No:     426684103626 and any other accounts related to the Debtor(s)
      Soc Sec No:     xxx-xx-3208

To Whom It May Concern:

As you have previously been notified, THIS OFFICE REPRESENTS THE ABOVE REFERENCED
CLIENT(S) with respect discharging your claim(s) in a Bankruptcy Petition under Title 11. Yet,
despite our representation, you are still harassing our client(s) through your unlawful communications.
As we previously advised you, such conduct is a direct violation of California Civil Code Section
1788.17 incorporating 15 U.S.C. Section 1692b(6).

PLEASE NOTE THAT THIS OFFICE AGGRESSIVELY PURSUES DEBT COLLECTORS SUCH
AS YOURSELF FOR SUCH ABUSIVE, DECEPTIVE, AND UNFAIR DEBT COLLECTION
PRACTICES. Accordingly, each further harassing communication with our client will serve as
evidence that not only is your conduct illegal, but also willful and malicious. Your continued unlawful
activity despite our representation is also causing our client(s) severe emotional distress.

In light of the above, you are once again put on notice that our client(s) refuse to pay and you must
cease further communications with them pursuant to California Civil Code Section 1788.17
incorporating 15 U.S.C. Section 1692c(c). All future communications must go through our office by
accessing our "Creditor Link" on our website at:

**www.doanlaw.com**(the exact address is http://doanlaw.com/creditor_link.html)

Finally, please note that you will soon be receiving an Order for Relief under Title 11.

Very truly yours,

DOAN LAW FIRM, LLP

Michael G. Doan, Esq.

Michael G. Doan, Esg.
Doan Law Firm, LLP.
2850 Pio Pico Drive #D
Carlsbad, CA 92008

Chase
800 Brooksedge Blvd.
Westerville, OH 43081

**DOAN LAW FIRM, LLP**
2850 Pio Pico Drive, Suite D
Carlsbad, California 92008
Phone (760) 450-3333 • Fax (760) 720-6082
doanlaw.com

March 18, 2008

Chase
P.O.Box 15678
Wilmington, DE 19850

Re:     Debtor(s):     Virigilio Escamilla
        Account No:     152300546421 and any other accounts related to the Debtor(s)
        Soc Sec No:     xxx-xx-3208

To Whom It May Concern:

As you have previously been notified, THIS OFFICE REPRESENTS THE ABOVE REFERENCED CLIENT(S) with respect discharging your claim(s) in a Bankruptcy Petition under Title 11. Yet, despite our representation, you are still harassing our client(s) through your unlawful communications. As we previously advised you, such conduct is a direct violation of California Civil Code Section 1788.17 incorporating 15 U.S.C. Section 1692b(6).

PLEASE NOTE THAT THIS OFFICE AGGRESSIVELY PURSUES DEBT COLLECTORS SUCH AS YOURSELF FOR SUCH ABUSIVE, DECEPTIVE, AND UNFAIR DEBT COLLECTION PRACTICES. Accordingly, each further harassing communication with our client will serve as evidence that not only is your conduct illegal, but also willful and malicious. Your continued unlawful activity despite our representation is also causing our client(s) severe emotional distress.

In light of the above, you are once again put on notice that our client(s) refuse to pay and you must cease further communications with them pursuant to California Civil Code Section 1788.17 incorporating 15 U.S.C. Section 1692c(c). All future communications must go through our office by accessing our "Creditor Link" on our website at:

**www.doanlaw.com**(the exact address is http://doanlaw.com/creditor_link.html)

Finally, please note that you will soon be receiving an Order for Relief under Title 11.

Very truly yours,

DOAN LAW FIRM, LLP

Michael G. Doan, Esq.

Michael G. Doan, Esq.
Doan Law Firm, LLP
2850 Pio Pico Drive #D
Carlsbad, CA 92008

Chase
P.O.Box 15678
Wilmington, DE 19850

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

Re:    Virgilio Escamilla

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 2850 Pio Pico, Suite D, Carlsbad, CA 92008.

On March 18, 2008, I served the within document described as **SECOND NOTICE OF ATTORNEY REPRESENTATION - CEASE AND DESIST LETTER 2** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Chase
800 Brooksedge Blvd
Westerville, OH 43081

Chase
P.O. Box 15678
Wilmington, DE 19850

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Carlsbad, California in the ordinary course of business. I am aware that on the motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 18, 2008 at Carlsbad, California.

Ruben Maldonado

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

**CHASE** 

| | |
|---|---|
| Fecha de Apertura | 12/08/07 |
| Fecha de Corte | 01/07/08 |
| Fecha de Vencim. del Pago | 01/27/08 |
| Cantidad Mínima a Pagar | $99.00 |

SERVICIO AL CLIENTE
Español        1-888-446-3308
En los EE.UU   1-800-945-2000
TDD            1-800-955-8060
Pago Por Tel   1-800-436-7958
Fuera de EE.UU. llame a cobro
revertido.      1-302-594-8200

## RESUMEN DE CUENTA VISA

Número de Cuenta: 4266 8411 0844 5733

| | | | |
|---|---|---|---|
| Saldo Anterior | $5,082.85 | Línea de Crédito Total | $5,500 |
| Pagos, Créditos | -$101.00 | Crédito Disponible | $518 |
| Nuevo Saldo | $4,981.85 | Línea de Acceso a Efectivo | $1,100 |
| | | Disponible para Efectivo | $518 |

PREGUNTAS SOBRE
LA CUENTA
P.O. Box 15298
Wilmington, DE 19850-5298

ENVIAR PAGO A
P.O. Box 94014
Palatine, IL 60094-4014

VISÍTENOS EN:
www.chase.com/creditcards

## RESUMEN DE RECOMPENSAS DE FLEXIBLE REWARDS

| | |
|---|---|
| Saldo anterior de puntos | 4,889 |
| Puntos acum. por compras en este período | 0 |
| Nuevo saldo total de puntos | 4,889 |

547 Los puntos caducarán el primer día de SEPTIEMBRE, 2011

Para reclamir su puntos Flexible Rewards  llame
al 1-800-603-2265* o visite a
www.chase.com/creditcards para tener acceso
las 24 horas a su programa de recompensas
* Por favor, observe que algunos números
telefónicos, sitios web y servicios no se
encuentran actualmente disponibles en español

## TRANSACCIONES

| Fecha de Transac. | Número de Referencia | Nombre del Comerciante o Descripción de la Transacción | Cantidad Crédito | Débito |
|---|---|---|---|---|
| 12/28 | 1357357030000004888B0718 | Payment Thank You Electronic Chk | $101.00 | |

## CARGOS FINANCIEROS ("CARGOS FINANC.")

| Categoría | Tasa periódica diaria 31 días en el ciclo | APR Corresp. | Saldo Diario Promedio | Cargo Financ. Deb. a/la Tasa Periód. | Cargo por Transacción | Cargo financ. Acum | CARGOS FINANC. |
|---|---|---|---|---|---|---|---|
| Compras | .00000% | 0.00% | $3,736.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adelantos de efectivo | V .06367% | 23.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Transf. de saldo | .00000% | 0.00% | $1,294.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total de Cargos Financieros | | | | | | | $0.00 |

APR Efectiva:        0.00%

Por favor vea la información sobre su cuenta para el método de cómputo del balance, el período de gracia y otra información
importante

La APR Correspondiente es la tasa de interés que usted paga cuando tiene un saldo en cualquier tipo de transacción
La APR Efectiva representa el total de cargos financieros, incluidos los cargos de transacciones tales
como adelantos en efectivo y transferencias de saldo, expresados en forma porcentual

Estado de cuenta para #: 4266 6410 3626 6662

| Nuevo Saldo | Fecha de Vencim. del Pago | Cant. Atrasada a Pagar | Pago Mínimo |
|---|---|---|---|
| $3,178.61 | 02/19/08 | $0.00 | $63.00 |

**CHASE** ◯

| Cantidad Adjunta | $ | Haga su cheque a nombre de Chase Card Services ¿Nueva dirección o correo electrónico? Anótelo con letra de imprenta al reverso. |
|---|---|---|

4266841036266862000063000031786100000005

6231V REV.Z.02608 D
VIRGILIO C ESCAMILLA
4305 SIERRA MORENA AVE
CARLSBAD CA 92010-2030

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑃500018028⑃ 203103626686 23⑃

**CHASE** ◯

| | |
|---|---|
| Fecha de Apertura. | 12/28/07 |
| Fecha de Corte. | 01/25/08 |
| Fecha de Vencim. del Pago. | 02/19/08 |
| Cantidad Mínima a Pagar: | $63.00 |

**SERVICIO AL CLIENTE**
Español        1-888-446-3308
En los EE.UU. 1-800-945-2000
TDD            1-800-955-8060
Pago Por Tel 1-800-436-7958
Fuera de EE.UU. tiene a cobro
revertido       1-302-594-8200

### RESUMEN DE CUENTA VISA

Número de Cuenta: 4266 6410 3626 6662

| | | | |
|---|---|---|---|
| Saldo Anterior | $2,974.17 | Línea de Crédito Total | $3,500 |
| Pagos, Créditos | -$81.54 | Crédito Disponible | $321 |
| Compras, Efectivo, Débitos | +$267.76 | Línea de Acceso a Efectivo | $3,500 |
| Cargos Financieros | +$18.22 | Disponible para Efectivo | $321 |
| Nuevo Saldo | $3,178.61 | | |

**PREGUNTAS SOBRE LA CUENTA**
P.O. Box 15298
Wilmington, DE 19850-5298

**ENVIAR PAGO A**
P.O. Box 94014
Palatine, IL 60094-4014

**VISÍTENOS EN:**
www.chase.com/creditcards

### TRANSACCIONES

| Fecha de Transac. | Número de Referencia | Nombre del Comerciante o Descripción de la Transacción | Crédito | Cantidad Débito |
|---|---|---|---|---|
| 12/24 | 24164077359299011981664 | VONS  Store00021408 CARLSBAD CA | | $60.00 |
| 12/24 | 24752527359875000662462 | VICTORIA'S SECRET 0414 CARLSBAD CA | | 42.56 |
| 12/24 | 24445007359197081098S1 | CVS/PHARMACY #9479 Q03 CARLSBAD CA | | 13.57 |
| 12/29 | 24246517735566703351505A | REEBOK FCTRY DIRECT #114 CARLSBAD CA | | 32.22 |
| 12/31 | 24269167365590468433337B | JCPENNEY STORE 0566 CARLSBAD CA | | 14.00 |
| 12/30 | 24418007365365149169300 | GAP OUTLET #7780 NEWPORT BEACH CA | | 21.54 |
| 12/31 | 24445008001128435691720 | VALU PLUS #25  SAZ OCEANSIDE CA | | 35.66 |
| 12/31 | 24792828002675000670171 | VICTORIA'S SECRET 0414 CARLSBAD CA | | 26.87 |
| 01/03 | 24418008004004049738609 | GAP OUTLET #7780 NEWPORT BEACH CA | | 21.54 |
| 01/05 | 10050050930000059824£436 | Payment Thank You Electronic Chk. | 60.00 | |
| 01/08 | 74418008009009040210706 | GAP OUTLET #7780 NEWPORT BEACH CA | | 21.54 |

### CARGOS FINANCIEROS ("CARGOS FINANC.")

| Categoría | Tasa periódica diaria si mes en el ciclo | APR Corresp | Saldo Diario Promedio | Cargo Financ. Deb. a la Tasa Periód. | Cargo por Transacción | Cargo financ. Acum. | CARGOS FINANC. |
|---|---|---|---|---|---|---|---|
| Compras | .02189% | 7.99% | $2,519.26 | $17.10 | $0.00 | $0.00 | $17.10 |
| Adelantos de efectivo  V | .05751% | 20.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Resumen promocional | .00545% | 1.99% | $652.01 | $1.12 | $0.00 | $0.00 | $1.12 |

Total de Cargos Financieros

$18.22

APR Efectiva: 6.87%

Estado de cuenta para #: 4266 8411 0844 5733

| Nuevo Saldo | Fecha de Vencim di | Cant Atrasada a Pagar | Pago Mínimo |
|---|---|---|---|
| $5,106.38 | 02 08 | $99.00 | $274.00 |

**CHASE ◯**

Cantidad Adjunta    $

Haga su cheque a nombre de Chase Card Services.
¿Nueva dirección o correo electrónico? Anótelo con letra de imprenta al reverso.

4266841108445733300027400005106380000008

2245T BX: Z 03005 D
VIRGILIO ESCAMILLA
4305 SIERRA MORENA AVE
CARLSBAD CA 92010-2830

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑃500016028⑃ ⑈031108445733 7⑈

**CHASE ◯**

| | |
|---|---|
| Fecha de Apertura: | 01/08/08 |
| Fecha de Corte: | 02/07/08 |
| Fecha de Vencim. del Pago: | 02/27/08 |
| Cantidad Mínima a Pagar: | $274.00 |

**SERVICIO AL CLIENTE**
Español            1-888-446-3308
En los EE.UU. 1-800-945-2000
TDD            1-800-955-8060
Pago Por Tel  1-800-436-7958
Fuera de EE.UU., llame a cobro
revertido      1-302-594-8200

### RESUMEN DE CUENTA VISA        Número de Cuenta: 4266 8411 0844 5733

| | | | |
|---|---|---|---|
| Saldo Anterior | $4,981.95 | Línea de Crédito Total | $5,500 |
| Compras, Efectivo, Débitos | +$39.00 | Crédito Disponible | $392 |
| Cargos Financieros | +$85.59 | Línea de Acceso a Efectivo | $1,100 |
| Nuevo Saldo | $5,106.38 | Disponible para Efectivo | $0 |

**PREGUNTAS SOBRE
LA CUENTA**
P.O. Box 15298
Wilmington, DE 19850-5298

**ENVIAR PAGO A**
P.O. Box 94014
Palatine, IL 60094-4014

**VISÍTENOS EN:**
www.chase.com/creditcards

La nueva tasa de porcentaje anual (APH por sus siglas en inglés) y el vencimiento de la tasa promocional reflejados en este estado de cuenta es el resultado de un pago atrasado en su cuenta. Para su conveniencia, usted siempre puede pagar en línea a través de los servicios de nuestra página web mencionada en este estado de cuenta.

### RESUMEN DE RECOMPENSAS DE FLEXIBLE REWARDS

| | |
|---|---|
| Saldo anterior de puntos | 4,889 |
| Puntos acum. por compras en este período | 0 |
| Nuevo saldo total de puntos | 4,889 |

547 Los puntos caducarán el primer día de SEPTIEMBRE 2011

Para redimir su puntos Flexible Rewards, llame al 1-800-603-2265* o visite a www.chase.com/creditcards para tener acceso las 24 horas a su programa de recompensas. *Por favor, observe que algunos números telefónicos, sitios web y servicios no se encuentran actualmente disponibles en español.

### TRANSACCIONES

| Fecha de Transac. | Número de Referencia | Nombre del Comerciante o Descripción de la Transacción | Cantidad Crédito | Débito |
|---|---|---|---|---|
| 01/28 | | LATE FEE | | $39.00 |

### CARGOS FINANCIEROS ("CARGOS FINANC.")

| Categoría | Tasa periódica diaria 31 días en el ciclo corriente | APR | Saldo Diario Promedio | Cargo Financ. Deb. a la Tasa Period | Cargo por Transacción | Cargo financ. Acum | CARGOS FINANC. |
|---|---|---|---|---|---|---|---|
| Compras | V .05477% | 19.99% | $3,732.17 | $59.37 | $0.00 | $0.00 | $59.37 |

Cardmember Service
P.O. Box 15548
Wilmington, DE 19886-5548


**CHASE**

February 15, 2008

VIRGILIO ESCAMILLA
4305 SIERRA MORENA AVE
CARLSBAD CA 92010-2830

Número de cuenta que termina en: 5733
Cantidad por pagar: $274.00

Por favor, revise su cuenta ahora mismo.
Envíe su pago por correo o visítenos a
www.chase.com/creditcards

Estimado(a) VIRGILIO ESCAMILLA:

Como usted es un titular de la tarjeta valioso, le notifico sobre la oportunidad de evitar futuros cargos por pago atrasado y demás costos relacionados con la cuenta de su tarjeta de crédito

De conformidad con nuestros registros, existía un saldo atrasado para la fecha indicada arriba.

Es importante que usted lo verifique ahora mismo para asegurarse que su cuenta esté al día. Si aún existe un saldo que todavía esté atrasado, por favor pague ahora enviando su pago por correo a la dirección que se encuentra a continuación o visitándonos por Internet a www.chase.com/creditcards.

Me gustaría aprovechar esta oportunidad para recalcarle cuan importante es que pague sus tarjetas de crédito a tiempo. Esto le ayudará a mantener una buena calificación crediticia y puede ayudarle a ahorrar grandes gastos a largo plazo.

Usted puede evitar estos gastos adicionales al hacer sus pagos a tiempo. Usted también puede considerar usar nuestro servicio de recordatorio por correo electrónico para ayudarle a asegurarse que sus pagos se hagan a tiempo.

Así que por favor, revise su cuenta ahora mismo y aún no ha pagado, por favor, pague ahora mismo.

Atentamente,

Rina Carroll
Customer Support Division
(División de apoyo al cliente)

Envíe su pago a:
Cardmember Service
P.O. Box 15548
Wilmington DE 19886-5548

La cuenta es propiedad de Chase Bank, USA, N.A.
Las llamadas podrán supervisarse o grabarse para garantizar el máximo nivel de calidad en el servicio.

Estado de cuenta para #: 4266 8410 3626 6862

| Nuevo Saldo | Fecha de Vencim del Pago | Cant Atrasada a Pagar | Pago Mínimo |
|---|---|---|---|
| $3,299.77 | 03 | $63.00 | $217.00 |

CHASE

Cantidad Adjunta $

Haga su cheque a nombre de Chase Card Services
¿Nueva dirección o correo electrónico? Anótelo con letra de imprenta al reverso.

42668410362668620002170000329977000003

VIRGILIO C ESCAMILLA
4305 SIERRA MORENA AVE
CARLSBAD CA 92010-2830

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑆500016028⑆ 2031036266862 3⑈

CHASE

| | |
|---|---|
| Fecha de Apertura | 01/26/08 |
| Fecha de Corte | 02/25/08 |
| Fecha de Vencim del Pago | 03/21/08 |
| Cantidad Mínima a Pagar | $217.00 |

**SERVICIO AL CLIENTE**
Español 1-888-446-3308
En los EE.UU 1-800-945-2000
TDD 1-800-955-8060
Pago Por Tel 1-800-436-7958
Fuera de EE.UU., llame a cobro revertido 1-302-594-8200

**RESUMEN DE CUENTA VISA** Número de Cuenta: 4266 8410 3626 6862

| | | | |
|---|---|---|---|
| Saldo Anterior | $3,178.61 | Línea de Crédito Total | $3,500 |
| Compras, Efectivo, Débitos | +$39.00 | Crédito Disponible | $200 |
| Cargos Financieros | +$82.16 | Línea de Acceso a Efectivo | $3,500 |
| Nuevo Saldo | $3,299.77 | Disponible para Efectivo | $0 |

**PREGUNTAS SOBRE LA CUENTA**
P.O. Box 15298
Wilmington, DE 19850-5298

**ENVIAR PAGO A**
P.O. Box 94014
Palatine, IL 60094-4014

**VISITENOS EN:**
www.chase.com/creditcards

La fecha de vencimiento de la tasa promocional reflejada en este estado de cuenta es el resultado de un pago atrasado efectuado durante el período de promoción en su cuenta. Para su conveniencia, usted siempre puede pagar en línea a través de los servicios de nuestra página web mencionada en este estado de cuenta.

Cardmember Service
P.O. Box 15548
Wilmington, DE 19886-5548

**CHASE** 

February 27, 2008

VIRGILIO ESCAMILLA
4305 SIERRA MORENA AVE
CARLSBAD CA. 92010-2830

Número de cuenta que termina en: 5733
Cantidad por pagar: $274.00

********************************
POR FAVOR: Ayúdenos a
mantener abierta su cuenta.
********************************

Estimado(a) VIRGILIO ESCAMILLA:

Usted es un titular de tarjeta valioso, y deseamos ayudarle a mantener la cuenta de su tarjeta de crédito al día.

De conformidad con nuestros registros, existía un saldo atrasado para la fecha indicada arriba. Esto puede ocasionar que sus privilegios de utilización de su tarjeta sean suspendidos muy pronto, si ya no lo están. Para poner su cuenta al día y mantener todos sus privilegios de utilización de tarjeta, el pago tiene que ser enviado inmediatamente.

Usted también puede considerar usar nuestro servicio de recordatorio por correo electrónico para ayudarle a asegurarse que sus pagos se hagan a tiempo. O, si está experimentando problemas financieros en este momento, por favor infórmenos y podremos hacer arreglos especiales para usted.

Es fácil volver a poner su cuenta al día. Pero la falta continua en efectuar sus pagos traerá como consecuencia la revocación permanente de los privilegios de utilización de su tarjeta, el aumento de actividades de cobro y un daño en su calificación crediticia, lo cual puede dificultarle el solicitar un préstamo o financiar un auto o casa en el futuro.

Usted puede enviar su pago por correo a la dirección que se encuentra a continuación o visítenos por Internet a www.chase.com/creditcards para efectuar su pago y mantener su tarjeta abierta y trabajando para usted.

Atentamente,

Rina Caroll
Customer Support Division
(División de apoyo al cliente)

P.D.: Si ya ha efectuado su pago, se lo agradecemos. Si no está seguro si su cuenta está al día, si tiene alguna pregunta o necesita discutir alguna circunstancia especial, por favor llame al 1 877 638 1811.

Envíe su pago a:
Cardmember Service
P.O. Box 15548
Wilmington, DE  19886-5548

La cuenta es propiedad de Chase Bank, USA, N.A.
Las llamadas, podrían ser revisadas y/o grabadas para garantizar el máximo nivel de calidad en el servicio.

# UNLAWFUL COLLECTION COMMUNICATIONS LOG

1. DOCUMENT immediately every communication you have with any debt collector, whether by letter, by phone or by message. Take detailed note of any conversations you have with a debt collector during the conversation. Keep this log next to your phone.

2. SAVE in any single collection mail, answering machine, collection letter, and paper message. Don't throw anything away, including the envelopes that the collection letters come in or anything included with the collection letter.

3. ALWAYS FIRST SAY at I am recording this conversation. (If you record and don't say this, you can be sued for $$$$$$$$ in part of hold information about your case.

4. CONTACT US by email the following morning to advise of any collectors that contacted you so we can send additional info in this matter.

| Date of contact? | Time of Call? | How long minutes?) Call last) (Approx.) | Phone Call, Voice Mail, Letter/Paper Message? | Collector's Name? | Collection Agency Name and Telephone Number? | What Did Collector Say? Amount Demanding? Payment Terms? Threats? Profanity? Harrassment? Legal Action? Calls to Friends or Neighbors? Abuse? (Use as many lines or pages as needed) |
|---|---|---|---|---|---|---|
| ?/???/?? ?:??? | 1:?:?:? | 2 mins | | will | Chase Card 1-888-342-8053 | When pay |
| ?/??/?? ?:?? PM | | Letter Dept | | | Chase Card # FA62 | |
| 07/11/08 6:25 (N) | 5 mins | | | Ivette | Chase Card 1-800-332-4676 | When pay |
| ??/??/?? ???? | | | Letter (Debt) | | Chase Card #5753 | |

Page ___ of ___

ATTORNEY CLIENT PRIVILEGED / ATTORNEY WORK PRODUCT

Chase Card Services
P.O. Box 659409
San Antonio, TX 78265



March 05, 2008



IiIiiiiiiIiIiiiiiiIiIIiiiiiIiIiIiiiiiIiIiiIiiiiIIiiiiiiIiIiiI

16586 RCS 001 007 06006 - NNNNNNNNNNNN
**Virgilio Escamilla**
4305 Sierra Morena Ave
Carlsbad CA 92010-2830

Asunto: Su cuenta terminando en
5733

Chase le ha advertido anteriormente que de no mantener usted su cuenta al
día, la misma quedaría sujeta a cancelación de sus privilegios de crédito.
Usted no ha cooperado con nosotros en este particular.

Por tanto, a partir de hoy queda cancelada la cuenta antes mencionada y se
le revocan sus privilegios de utilización para cargos y cheques. En este
momento, se requiere que usted destruya la(s) tarjeta(s) de crédito que
muestran el(los) número(s) de cuenta antes mencionados así como todos los
cheques relacionados con esta cuenta los cuales tenga usted en su poder.

Así mismo, debido a su falla en pagar el saldo vencido, Chase Bank USA,
N.A. exige por medio de la presente el pago inmediato del saldo total
antes expuesto. De no pagar usted el saldo total, Chase ejercerá su derecho
a iniciar una demanda legal en contra suya. De iniciarse una demanda
legal, podría entregársele a usted un documento de citación y Demanda
Judicial a través de un oficial de policía o mediante servicio de
notificación por correo certificado. La presentación de una demanda legal
por parte de nuestro abogado da inicio a una serie de sucesos que pueden
resultar en un juicio legal en contra suya. De entablarse un juicio en su
contra, podría embargársele su salario.

Para evitar una demanda legal, comuníquese con nuestros representantes al
1-800-327-4678 en un lapso de quince (15) días posteriores a la fecha de
esta correspondencia a fin de elaborar un plan de pago aceptable. De lo
contrario y sin previo aviso, el banco dará instrucciones a nuestro abogado
para que se inicie una demanda legal en contra suya por el saldo total
adeudado más os intereses y costas judiciales.

Si usted y Chase acuerden establecer un plan de pago, por favor envíe los
pagos prometidos a Chase Cardmember Services, P.O. box 15505, Wilmington,
DE 19886-5905 para la fecha acordada o antes a fin de evitar una demanda
legal.

Muy Atentamente,

Chase Collection Support Department
(División de Apoyo al Cliente)

EQUIPO DE ASESORÍA LEGAL INTERNA DE CHASE

S.G. DAVID, CALIFORNIA          J. MARRITT, NEW YORK
A. SHWACHMAN, CALIFORNIA        F. OPET, FLORIDA
C.A. FAULKNER, ILLINOIS         E.D. LAYTON, NEW JERSEY
M. FINE, ILLINOIS               L.M. FRANCO, NEW JERSEY
J. WILKINSON, NEW YORK

La cuenta es propiedad de Chase Bank USA, N.A. Las llamadas podrían
supervisarse y/o grabarse para asegurar el más alto nivel de calidad en el

Chase Card Services
P O Box 659409
San Antonio, TX 78265

 **CHASE**

March 05, 2008



16597 HCS 001 007 00808 - NNNNNNNNNNNN
Virgilio C Escamilla
4305 Sierra Morena Ave
Carlsbad CA 92010-2830

Asunto: Su cuenta terminando en
6862

Chase le ha advertido anteriormente que de no mantener usted su cuenta al
día, la misma quedaría sujeta a cancelación de sus privilegios de crédito.
Used no ha cooperado con nosotros en este particular.

Por tanto, a partir de hoy queda cancelada la cuenta antes mencionada y se
le revocan sus privilegios de utilización para cargos y cheques. En este
momento, se requiere que usted destruya la(s) tarjeta(s) de crédito que
muestran el(los) número(s) de cuenta antes mencionados así como todos los
cheques relacionados con esta cuenta los cuales tenga usted en su poder.

Así mismo, debido a su falla en pagar el saldo vencido, Chase Bank USA,
N.A. exige por medio de la presente el pago inmediato del saldo total
antes expuesto. De no pagar usted el saldo total, Chase ejercerá su derecho
a iniciar una demanda legal en contra suya. De iniciarse una demanda
legal, podría entregársele a usted un documento de Citación y Demanda
Judicial a través de n oficial de policía o mediante servicio de
notificación por correo certificado. La presentación de una demanda legal
por parte de nuestro abogado da inicio a una serie de sucesos que pueden
resultar en un juicio legal en contra suya. De entablarse un juicio en su
contra, podría embargársele su salario.

Para evitar una demanda legal, comuníquese con nuestros representantes al
1-800-327-4676 en un lapso de quince (15) días posteriores a la fecha de
esta correspondencia a fin de elaborar un plan de pago aceptable. De lo
contrario y sin previo aviso, el banco dará instrucciones a nuestro abogado
para quese inicie una demanda legal en contra suya por el saldo total
adeudado más os intereses y costas judiciales.

Si usted y Chase acuerden establecer un plan de pago, por favor envíe los
pagos prometidos a Chase Cardmember Services, P.O. Box 15905, Wilmington,
DE 19886-5905 para la fecha acordada o antes a fin de evitar una demanda
legal.

Muy Atentamente,

Chase Collection Support Department
(División de Apoyo al Cliente)

EQUIPO DE ASESORÍA LEGAL INTERNA DE CHASE

S.O. DAVIS, CALIFORNIA      S. HARMITT, NEW YORK
A. SHWACHMAN, CALIFORNIA    P. ORSI, FLORIDA
E.A. FAULKNER, ILLINOIS     B.D. LAYTON, NEW JERSEY
K. FINE, ILLINOIS           L.H. FRANCO, NEW JERSEY
T. WILKINSON, NEW YORK

La cuenta es propiedad de Chase Bank USA, N.A. Las llamadas podrían
supervisarse y/o grabarse para asegurar el más alto nivel de calidad en el
servicio.

| Date of Call (Month Day) | Time of Call (Hour AM) | How long Minutes Did Call Last? (Approx) | Phone Call Voice Mail Letter Paper Message? | Collector's Name? | Collection Agency Name and Telephone Number? | Demanded? Payment Terms/Threats Profanity? Harassment? Legal Action? Calls to Friends or Neighbors? Abuse? (Use as many lines or pages as needed) |
|---|---|---|---|---|---|---|
| 11/12/00 | 6:20 PM | 2 mins | | Payment | Chase # 5735  1-800-330-4676 | when pay |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

ATTORNEY CLIENT PRIVILEGED / ATTORNEY WORK PRODUCT

Page _____ of _____

# UNLAWFUL COLLECTION COMMUNICATIONS LOG

- **IMPORTANT** Immediately every communication you have with any debt collector, whether by letter, by phone or by messages, bona-defendant debt collection conversations you have with a debt collector during the conversation. Keep this log next to your phone.

- SAVE every single voice mail, answering machine, collection letter, and paper message  Don't throw anything away, including the messages that the collection letters sent in in anything included with the collection letter

- ALWAYS FIRST SAY  as I am recording this conversation. (If you record and don't say this, you can be sued for recording in each set had information below in its own space

- CAUTION  Using the following memory to advise of any collectors that contacted you so we can send additional notices to the creditor

| Date of Call/ (MM/DD/YY) | Time of Call | How Many Minutes Did Call Last? (Approx.) | Phone Call, Voice Mail, Letter, Paper Message? | Collector's Name? | Collection Agency Name and Telephone Number? | What Did Collector Say? Amount Demanded? Payment Terms? Threats? Profanity? Harassment? Legal Action? Calls to Friends or Neighbors? Abuse? (Use as many lines or pages as needed) |
|---|---|---|---|---|---|---|
| 3/14 | 12:15 PM | 2 minute | | Cira | Chase 1800-327-4676 | After Colls only work |
| 5/16/08 | 4:24 PM | 3 minuts | | Cira | Chase 1800-327-4676 | Her want talk con Virgilio |
| | | | | | | |

ATTORNEY CLIENT PRIVILEGED/ ATTORNEY WORK PRODUCT

Page ___ of ___

# UNLAWFUL COLLECTION COMMUNICATIONS LOG

- DOCUMENT immediately every communication you have with any debt collector, whether by letter, by phone or by message whether through us or by their phone of their conversations you have with a debt collector during the conversation. (keep this log next to your phone

- SAVE every single voice mail, answering machine, collection letter, and paper message. Don't throw anything away, including the envelopes that the collection letters came in or anything included with the collection letter.

- ALWAYS FIRST SAY it: *I am recording this conversation.* If you record and don't say this, you can be sued for statutory to fact all the information below in every case.

- CONTACT US to email the following morning to advise of any collectors that contacted you so we can send additional notices to the collector

| Date & Time of Call (DD/MM/YY) | Time of Call (00:00 AM) | How Many Minutes the Call Last (Approx.) | Phone Call, Voice Mail, Letter, Paper Message? | Collector's Name? | Collection Agency Name and Telephone Number? | What Did Collector Say? Account Demanded? Payment Terms? Threats? Profanity? Harassment? Legal Action? Calls to Friends or Neighbors? Abuse? (Use as many lines or pages as needed) |
|---|---|---|---|---|---|---|
| 4/13/08 | 9:56 AM | 2 mins | | Ray | Chase 1 800 327 9676 | WHCM / Flbd |

ATTORNEY CLIENT PRIVILEGED / ATTORNEY WORK PRODUCT

# JPMorganChase

300 S. Grand Avenue - 4th Floor
Los Angeles, CA 90071
Telephone No.: 213-621-8325
Fax No.: 213-621-8496

April 16, 2008

Virgilio Escamilla
4305 Sierra Morena Ave
Carlsbad , CA 92010-2830

RE:    CHASE BANK USA, N.A. Account No(s).
       4266841108445733 4266841036266862
       Balance: $8,406.15

Dear Virgilio Escamilla:

Due to your failure to pay the balance due on your account, we have been instructed to file suit against you. Additionally, as required by law, you are hereby notified that a negative credit report reflecting your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Once a judgment is obtained, your income may be garnished and other personal property subject to levy may be seized to satisfy the judgment. If you own real property, liens could be placed thereon.

In addition to the $8,406.15 due on your account, the judgment may include costs of suit, interest and attorneys fees at the discretion of the court. You are hereby notified that, if the balance due on your account is less than $5,000.00, we opt not to use the small claims court and you could be liable for additional amounts of up to the costs of suit and, when allowed by law, attorneys' fees. Judgments can remain in your record for 10 years or longer.

Filing of the lawsuit is unavoidable. However, to avoid the unnecessary progression of the lawsuit to judgment and eventually wage garnishment, please contact one of my legal assistants immediately for repayment options at the number indicated above upon receipt of this letter. Thank you for your attention to this matter.

Very truly yours,

Shedrick O. Davis III
David B. Snyder
Arthur W. Shwachman
Huan T. Nguyen
Attorneys for Plaintiff
CHASE BANK USA, N.A.

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Chase Bank USA, N.A.

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

NORTH COUNTY DIVISION

2008 JUL 14 PM 2: 09

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Virgilio Escamilla

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California<br>325 South Melrose<br>325 South Melrose<br>Vista, CA 92081<br>North County Division | CASE NUMBER:<br>*(Número del Caso):* 37-2008-00056311-CU-PO-NC |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Matthew M. McCormick, SBN 182543      (760) 450-3333  (760) 720-6082
Doan Law Firm, LLP
2850 Pio Pico Drive, Suite D
Carlsbad, CA 92008

DATE:                    Clerk, by _____ J. Bako _____, Deputy
*(Fecha)*  JUL 1 4 2008      *(Secretario)*                    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*                                Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Legal
Solutions

Code of Civil Procedure §§ 412.20, 465

**VIA FAX**

JS 44 (Rev. 12/07) (cand rev 1-08)

**ORIGINAL**

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

### I. (a) PLAINTIFFS
VIRGILIO ESCAMILLA

### DEFENDANTS
CHASE BANK USA, N.A. and DOES 1 through 10, inclusive

**FILED**

**(b)** County of Residence of First Listed Plaintiff - San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

**2008 AUG 20 AM 11: 21**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**CLERK US DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
MATTHEW M. McCORMICK (SBN 182543)
THE DOAN LAW FIRM
2850 Pio Pico Drive, Suite D, Carlsbad, CA  92008
Tel: (760) 450-3333; Fax: (760) 720-6082

Attorneys (If Known)
GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS MAJESKI KOHN & BENTLEY, 201 Spear St., #1000
San Francisco, CA  94105; Tel: (415) 543-4800; Fax (415) 672-6301

BY: ___ DEPUTY

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity (Indicate Citizenship of Parties in Item III) |

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**'08 CV 1536 JM WMC**

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☒ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

### V. ORIGIN (Place an "X" in One Box Only)

| | | | | Transferred from | | Appeal to District |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment |

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1441(a); 28 U.S.C. § 1332(a)(1)
Brief description of cause:
Plaintiff alleges violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

| DATE 6/19/08 | SIGNATURE OF ATTORNEY OF RECORD Wendy C. Krog, Esq. | Attorney for CHASE BANK USA, N.A. |
|---|---|---|

# 154800  8/20/08
JAC
$350

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 154280    — TC**

**August 20, 2008
11:23:17**

**Civ Fil Non-Pris**
USAO #.: 08CV1536
Judge..: JEFFREY T MILLER
Amount.:                    $350.00 CK
Check#.: BC32200

**Total—>   $350.00**

FROM: VIRGILIO ESCAMILLA
      VS
      CHASE BANK