**ORIGINAL**

FILED
2008 AUG 20 AM 11: 21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KNH _____ DEPUTY

1  GEORGE G. WEICKHARDT (SBN 58586)
   WENDY C. KROG (SBN 257010)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   201 Spear Street, Suite 1000
3  San Francisco, CA  94105
   Telephone:    (415) 543-4800
4  Facsimile:    (415) 972-6301
   Email:        gweickhardt@rmkb.com
5                wkrog@rmkb.com

6  Attorneys for Defendant
   CHASE BANK USA, N.A.
7

8              UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**VIA FAX**

| | |
|---|---|
| VIRGILIO ESCAMILLA, | CASE NO. '08 CV 1536 JM WMc |
| Plaintiff, | DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a) |
| v. | |
| CHASE BANK USA, N.A., and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant CHASE BANK USA, N.A. hereby discloses that:

1. Chase Bank U.S.A., is a wholly-owned subsidiary of CMC Holding Delaware, Inc.

2. CMC Holding Delaware, Inc. is a wholly-owned subsidiary of JPMorgan Equity Holding, Inc.

3. JPMorgan Chase & Co. is the parent corporation of JPMorgan Equity Holding, Inc.

4. No publicly held corporation owns ten percent or more of JPMorgan Chase & Co.'s stock.

RC1/5166704.1/WK1                    - 1 -
DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(A)



| | | |
|---|---|---|
| 1 | Dated: August 19, 2008 | Respectfully submitted, |
| 2 | | ROPERS, MAJESKI, KOHN & BENTLEY |
| 3 | | |
| 4 | | By: _____ |
| 5 | | GEORGE G. WEICKHARDT<br>WENDY C. KROG |
| 6 | | Attorneys for Defendants<br>CHASE BANK USA, N.A. |

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

RC1/5166704.1/WK1 — - 2 -

DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(A)

| | |
|---|---|
| 1 | CASE NAME:  *Escamilla v. Chase Bank USA, N.A.* |
| 2 | ACTION NO.: |

### PROOF OF SERVICE

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105.

3. On August 19, 2008, I served the following documents:

**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

*Attorneys for plaintiff*
Matthew M. McCormick, Esq.
DOAN LAW FIRM, LLP
2850 Pio Pico Drive, Suite D
Carlsbad, CA 92008
Telephone:   (760) 450-3333
Facsimile:   (760) 720-6082
E-mail:   matt@doanlaw.com

5. I served the documents by the following means:

a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

c. ☐ By email or electronic transmission: Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  August 19, 2008

Damyta Jones