GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA  94105
Telephone:	(415) 543-4800
Facsimile:	(415) 972-6301
Email:		gweickhardt@rmkb.com
		wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A.

MATTHEW M. McCORMICK (SBN 182543)
THE DOAN LAW FIRM
2850 Pio Pico Drive, Suite D
Telephone:	(760) 450-3333
Facsimile:	(760) 720-6082
Email:		matt@doanlaw.com

Attorneys for Plaintiff
VIRGILIO ESCAMILLA

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGILIO ESCAMILLA,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.<br><br>and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | CASE NO. 08 CV 1536 JM WMC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CHASE BANK USA, N.A. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED BY AND BETWEEN** plaintiff VIRGILIO ESCAMILLA and defendant CHASE BANK USA, N.A. that Chase shall have up to and including Friday, September 5, 2008 to answer or otherwise respond to plaintiff's complaint in the above-referenced matter.

No previous extensions have been granted.  Good cause exists for the extension because

1 this matter was recently received by Chase's counsel and removed to this Court. Chase therefore
2 requires additional time to investigate the facts of this matter.

4 Dated: September 2, 2008                 ROPERS, MAJESKI, KOHN & BENTLEY

6                                          By:/s/ Wendy Krog
7                                              GEORGE G. WEICKHARDT
                                               WENDY C. KROG
                                               Attorneys for Defendant
8                                              CHASE BANK USA, N.A.

10 Dated: September 2, 2008                THE DOAN LAW FIRM

12                                         By:/s/ Matthew M. McCormick
13                                             MATTHEW M. McCORMICK
                                               Attorneys for Plaintiff
14                                             VIRGILIO ESCAMILLA

RC1/5175618.1/WK1                - 2 -             **STIPULATION FOR EXTENSION OF TIME**