# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGILIO ESCAMILLA- CRUZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CHASE BANK, USA, N.A.,<br>and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No  08-CV 1536<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION [Docket No. 11] |

Based upon the Stipulation of the parties, **IT IS HEREBY ORDERED** that this matter is hereby dismissed with prejudice as to all claims, each party to bear their own costs of suit. The Clerk of Court is directed to close this file.

DATED:  December 2, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge